IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES R. LUEKER,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL**
**RAILROAD COMPANY,**

**Defendant.**                                                              **No. 07-0301-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's October 18, 2007 motion for physical exam (Doc. 20). Specifically, Defendant moves the Court for an order requiring Plaintiff to submit to a physical examination to be conducted by John A. Gragnani, M.D. on Tuesday, November 13, 2007 at 1:00 p.m. As of this date, Plaintiff has not responded to the motion. Thus, the Court **GRANTS** Defendant's motion.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**