IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES R. LUEKER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. **07-301-DRH** |
| **ILLINOIS CENTRAL RAILROAD COMPANY,** | ) ) ) |
| Defendant. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion for Rehabilitation Interview. **(Doc. 23)**. Plaintiff has not filed a response, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. **SDIL-LR 7.1(g)**.

The court finds that defendant is entitled to a rehabilitation interview pursuant to **Fed.R.Civ.P. 35**, and that the proposed examiner, Edward P. Steffan, is qualified to conduct same.

Upon consideration and for good cause shown, defendant's Motion for Rehabilitation Interview **(Doc. 23)**. is **GRANTED**.

Plaintiff is ordered to appear for a rehabilitation interview at the time and place specified in defendant's motion.

Defendant is ordered to reimburse plaintiff for his reasonable expenses incurred in appearing for the interview, and to forward to plaintiff's counsel a copy of the report of the interview.

**IT IS SO ORDERED.**

**DATE:  December 4, 2007.**          s/ Clifford J. Proud
                                      **CLIFFORD J. PROUD**
                                      **UNITED STATES MAGISTRATE JUDGE**