## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES R. LUEKER,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL**
**RAILROAD COMPANY,**

**Defendant.**                                              **No. 07-0301-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Now before the Court is Plaintiff's motion for leave for extension of time to respond to Defendant, Illinois Central Railroad Company's, motion for summary judgment and/or partial summary judgment (Doc. 27). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiff up to and including March 31, 2008 to file a response.

        **IT IS SO ORDERED.**

        Signed this 22nd day of February, 2008.


/s/  David R Herndon

**Chief Judge**
**United States District Court**