IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. LUEKER,

Plaintiff,

v.

ILLINOIS CENTRAL
RAILROAD COMPANY,

Defendant.                                              No. 07-0301-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' stipulation for dismissal (Doc. 34). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** Plaintiff's cause of action. The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 21st day of April, 2008.

/s/     David R Herndon

**Chief Judge**
**United States District Court**