## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES R. LUEKER,**

    **Plaintiff,**

    **vs.**                                                         Cause No. 07-CV-301 DRH

**ILLINOIS CENTRAL RAILROAD COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                       **NORBERT G. JAWORSKI, CLERK**

April 21, 2008                                    By:   s/Patricia Brown
                                                                           Deputy Clerk

APPROVED: /s/    *David R Herndon*

            **CHIEF JUDGE**
            **U.S. DISTRICT COURT**